# ELECTRONIC RECORD

COA #   01-13-00337-CR                 OFFENSE:  Violation of Protective Order

STYLE:   Rene Velez v. The State of Texas     COUNTY:   Harris

COA DISPOSITION:       AFFIRM             TRIAL COURT:  Co Crim Ct at Law No 7

DATE: 09/25/14                 Publish: NO  TC CASE #:    1677907

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Rene Velez v. The State of Texas        CCA #:   1475-14

_____ APPELLANT'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____ REFUSED _____                JUDGE:   _____

DATE:   01/14/2015                SIGNED: _____        PC: _____

JUDGE:   Per Curiam                PUBLISH: _____       DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD